644

No. 227. TWIN PORTS OIL CO. *v.* PURE OIL CO. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Tom Davis* and *Ernest A. Michel* for petitioner. *Messrs. S. A. Mitchell, H. H. Thomas,* and *Harry S. Stearns* for respondent.

No. 228. S. S. WHITE DENTAL MANUFACTURING CO. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. J. Henry Walters* and *Harry Levine* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* and *Mrs. Elizabeth B. Davis* for the United States.

No. 230. TRIPPETT ET AL., TRANSFEREES, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Chas. D. Turner* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. F. E. Youngman* and *J. Louis Monarch* for respondent.

No. 231. GORDON *v.* VALLEE ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joel H. Berry* for petitioner.

No. 232. KOEBERLEIN *v.* DURBIN ET AL. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Anan Raymond* for petitioner.

*Messrs. Craig Van Meter* and *Fred H. Kelly* for respondents.

No. 233. PENN, DOING BUSINESS AS SUPERLITE COMPANY, ET AL. *v.* NOVADEL-AGENE CORPORATION. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Samuel E. Darby, Jr., Robert A. Ritchie,* and *Louis D. Fletcher* for petitioners. *Messrs. Drury W. Cooper* and *Brady Cole* for respondent.

No. 234. OMAHA PACKING CO. *v.* PITTSBURGH, FORT WAYNE & CHICAGO RAILWAY CO. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John S. Lord* and *Austin V. Clifford* for petitioner. *Messrs. Frederic D. McKenney, Silas H. Strawn, Frank J. Loesch, John D. Black, Edward M. Burke,* and *David L. Dickson* for respondents.

No. 236. CLARKE *v.* BARCLAY PARK CORP. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *John T. Clarke, pro se. Mr. Russell C. MacFall* for respondent.

No. 237. WHEAT *v.* FORD MOTOR CO. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Martin J. O'Donnell* for petitioner. *Mr. Frank Parker Davis* for respondent.

No. 240. HANSON *v.* LEHIGH VALLEY RAILROAD CO. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.